1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| FAYE GARCIA, individually, | ) | **2:24-cv-00229-ART-DJA** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | |
| ALBERTSON'S LLC; DOES I through X; and ROE CORPORATIONS I through X, inclusive | ) ) | **STIPULATION RE DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) ) | |

Plaintiff FAYE GARCIA, by and through her counsel of record Robert D. Vannah, Esq. and John B. Greene, Esq. Esq. of VANNAH & VANNAH, and Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq., and Jacquelyn Franco, Esq., of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

| | |
|---|---|
| DATED: <u>June 13</u>, 2025.<br>**GOLIGHTLY & VANNAH, PLCC** | DATED :<u>Juner 13</u>, 2025.<br>**BACKUS | BURDEN** |
| By:   /s/ John B. Greene<br>Robert D. Vannah, Esq. NSB 2504<br>John B. Greene, Esq. NSB 4279<br>5512 South Fort Apache Road #130,<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff* | By:   /s/ Jacquelyn Franco<br>Jack P. Burden, Esq.<br>Jacquelyn Franco, Esq.<br>3050 South Durango Drive<br>Las Vegas, NV 89117<br>*Attorneys for Defendant Albertson's LLC* |

### ORDER - 2:24-cv-00229-ART-DJA

**IT IS HEREBY ORDERED** that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH* PREJUDICE. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: <u>June 16, 2025</u>

2